**OFFICE OF THE GENERAL COUNSEL**
Lawrence M. Kranseler, Esq.
Vice President
Direct Dial: (401) 727-5758
Fax: (401) 727-5089
lkranseler@hasbro.com

November 16, 2005

Via Facsimile and Overnight Mail

Elizabeth Risha, Esq.
Corporate Counsel
Overbreak, LLC
9420 Chivers Avenue
Sun Valley, California 91352

Dear Ms. Risha:

I received your letter dated November 4, 2005 in connection with the October 24, 2004 license agreement between Hasbro, Inc. and Overbreak, LLC (the "License Agreement").

Your letter requests that Hasbro forgive the guarantee obligations to which Overbreak has committed in the License Agreement and allow Overbreak to resume selling the products licensed pursuant to that agreement through December 31, 2005.

After Overbreak failed to meet its commitment to pay $350,000 to Hasbro on or before June 15, 2005, Hasbro representatives repeatedly attempted to reach representatives of Overbreak in order to discuss the situation so that Overbreak could properly remedy its breach. Those calls went unanswered and unreturned. It was not until Hasbro sent Overbreak a demand letter on September 14, 2005, that Overbreak decided to respond to Hasbro's overtures. On September 22, 2005 Overbreak sent a letter stating that it had experienced sales difficulties and claiming that it did not have the resources to meet the obligations to which it had agreed. Overbreak did not offer any solution at that time. Hasbro was not satisfied with that response and, on October 12, 2005, sent a follow up letter terminating the License Agreement and demanding that Overbreak make full payment of the guarantees required under the License Agreement, together with interest payable on late payments.

Overbreak's latest letter asks that Hasbro forego the guarantees that Overbreak agreed to pay and states that it wishes to "continue selling the product . . . " Please be advised that Hasbro hereby confirms that at this time Overbreak's license to sell products has previously been terminated and that any attempt by Overbreak to sell the licensed products would be an infringement of Hasbro's and Lucasfilm's intellectual property rights.

Hasbro once again demands that Overbreak pay the full amount required under the License Agreement plus interest accrued thereon. Hasbro is not in a position to consider any request by Overbreak to, in Overbreak's words, "recoup [its] losses" unless and until Overbreak has fully and immediately met all obligations under the terminated License Agreement including full payment of the entire amount due thereunder.

Nothing contained in this letter shall be deemed to be a waiver of any of Hasbro's rights and/or remedies, all of which rights and remedies are hereby expressly reserved.

Sincerely,

Lawrence M. Kranseler

LMK/kc

cc: Dayne Sieling, President, Overbreak LLC
Darryl Trapp, Overbreak, LLC
Robert Ellis, Hasbro Inc.
Derek Stothard, Lucasfilm Ltd.
Jeff Porter, Lucasfilm Ltd.