OVERBREAK LLC
breakthrough products

November 4, 2005

Lawrence M. Kranseler, Vice President
Office of the General Counsel
Hasbro, Inc.
1027 Newport Ave.
Pawtucket, RI 02862-1059

Sent Via Facsimile and US Mail
(401) 727-5089

Re: License Agreement dated as of 10-24-04 by and between Hasbro, Inc. and Overbreak, LLC

Dear Mr. Kranseler:

I serve as in-house counsel for Overbreak, LLC and was asked by Dayne Sieling to respond to your letter of October 12, 2005 regarding the above-referenced license agreement.

Mr. Sieling made contact with Rob Ellis in late September to attempt to resolve the issues with our agreement. As he stated, Overbreak is in an unfortunate position with regard to recent sales, and want to work with you in a positive manner to resolve the issue. To put it simply, sales of these products have been very disappointing. You can see by the enclosed royalty reports for Q2 and Q3, totaling $128,795.26, our earned royalties falls substantially short of the minimum guarantee amount. This has occurred in spite of the fact that Overbreak has focused an intensive marketing strategy on these licensed products, offered promotions, and sold at very competitive pricing. We also planned our manufacturing process with an aggressive outlook, and are now holding substantial excess inventory, as reflected in the attached inventory statement.

We have now tendered payment of all Q2 and Q3 royalties, to bring payment to you current, absent the minimum guarantee. At this point we wish to continue selling the product in order to recoup our losses and bring in some royalties, but it is clear that the minimums are completely unreachable at this point in the product cycle and considering the current market.

Therefore we are asking to be forgiven the remaining minimums, and pay royalties on all actual sales going forward. The term would stay the same, through December 31, 2006. Deletion of the minimum requirement will allow us to maximize sales without the unreasonable expectation of having to try to create a market where none exists.

Please let me know if this proposed solution is acceptable. If not, we are eager to meet with you and arrange a more appropriate resolution.

Sincerely,

Elizabeth Risha

Elizabeth Risha
Corporate Counsel

| | | |
|---|---|---|
| Cc: | Rob Ellis- | Hasbro Inc. |
| | Derek Stothard- | Lucasfilm Ltd. |
| | Dayne Sieling- | Overbreak, LLC |
| | Darryl Trapp- | Overbreak, LLC |
| | Lynn Rosenblum- | Overbreak, LLC |

*** STOCK SUMMARY REPORT ***

From: 00733 to 00734

| Warehouse/ Stock Code | Description | On-Hand Qty. | Commtd. Qty. | B/O Qty. | Curr. Cost | Avg. Cost | Ext Avg. Cost |
|---|---|---|---|---|---|---|---|
| 00-00733 | HoverSphereStarWarsSAGA 00733 | 29.000 | 0.000 | | 3.008 | 3.008 | 87.23 |
| 00-00734 | HoverSphere Blister "STAR WARS" pk6 | 205.000 | 0.000 | | 3.008 | 3.008 | 616.64 |
| IL-00733 | HoverSphereStarWarsSAGA 00733 | 2.000 | 12.000 | | 3.007 | 3.007 | 6.01 |
| IL-00734 | HoverSphere Blister "STAR WARS" pk6 | 171,792.000 | 798.000 | | 3.071 | 3.071 | 527,580.10 |
| WI-00734 | HoverSphere Blister "STAR WARS" pk6 | 1,740.000 | 0.000 | | 3.071 | 3.071 | 5,342.95 |
| | | *** TOTAL *** | | | | | 533,632.93 |

** END OF REPORT **

*** STOCK SUMMARY REPORT ***

From: 00930 to 00942

| Warehouse/ Stock Code | Description | On-Hand Qty. | Commtd. Qty. | B/O Qty. | Curr. Cost | Avg. Cost | Ext Avg. Cost |
|---|---|---|---|---|---|---|---|
| 00-00930 | HTrickdisc26'SWarsEPISOD3 Env-pck12mstr | 1,127.000 | 0.000 | | 1.448 | 1.449 | 1,633.02 |
| 00-00931 | HTrickdisc26'SWarEPISOD3EnvANA KSKYW00931 | 72.000 | 0.000 | | 1.448 | 1.408 | 101.36 |
| 00-00932 | HTrickdisc26'SWarEPISOD3EnvDROI ATTK00932 | 3.000 | 0.000 | | 1.448 | 1.448 | 4.34 |
| 00-00940 | HD36" "Star Wars" EPISOD 3 Env MstrCnt | 426.000 | 0.000 | | 1.793 | 1.793 | 763.86 |
| 00-00941 | Hdisc 36"StarWarsEPISOD3 Env VADER 00941 | 118.000 | 0.000 | | 1.793 | 2.757 | 325.33 |
| 00-00942 | Hdisc36'SWarsEPISOD3 EnvJEDIvsSITH 00942 | 7.000 | 0.000 | | 1.793 | 2.036 | 14.25 |
| C8-00940 | HD36" "Star Wars" EPISOD 3 Env MstrCnt | 180.000 | 0.000 | 180.000 | 1.919 | 1.919 | 345.42 |
| IL-00930 | HTrickdisc26'SWarsEPISOD3 Env-USpckmstr | 138.000 | 24.000 | | 1.286 | 1.285 | 177.40 |
| IL-00931 | HTrickdisc26'SWarEPISOD3EnvANA KSKYW00931 | 12.000 | 0.000 | | 1.403 | 1.403 | 16.84 |
| IL-00932 | HTrickdisc26'SWarEPISOD3EnvDROI ATTK00932 | 11.000 | 0.000 | | 1.464 | 1.464 | 16.10 |
| IL-00940 | HD36" "Star Wars" EPISOD 3 Env MstrCnt | 363,276.000 | 1,956.000 | | 1.793 | 1.793 | 651,401.09 |
| IL-00940-CA | HD36" "Star Wars" EPISOD 3 Env-CASES | 27.000 | 0.000 | | 10.758 | 10.758 | 290.47 |
| IL-00941 | Hdisc 36"StarWarsEPISOD3 Env VADER 00941 | 8.000 | 0.000 | | 2.909 | 2.909 | 23.27 |
| WI-00930 | HTrickdisc26'SWarsEPISOD3 Env-pck12mstr | 24.000 | 0.000 | | 1.449 | 1.449 | 34.78 |
| WI-00940 | HD36" "Star Wars" EPISOD 3 Env MstrCnt | 27.000 | 0.000 | | 1.793 | 1.793 | 48.41 |
| | | *** TOTAL *** | | | | | 655,195.95 |

** END OF REPORT **

*** STOCK SUMMARY REPORT ***

From: 00637 to 00637

| Warehouse/ Stock Code | Description | On-Hand Qty. | Commtd. Qty. | B/O Qty. | Curr. Cost | Avg. Cost | Ext Avg. Cost |
|---|---|---|---|---|---|---|---|
| WI-00637 | HOVERDISC 26" STARFIGHTER ENVELOPE | 51.000 | 0.000 | | 2.264 | 2.264 | 115.46 |
| | | *** TOTAL *** | | | | | 115.46 |

** END OF REPORT **

03-Nov-05 1:20:04PM **OVERBREAK, LLC** 

## *** STOCK SUMMARY REPORT ***

From: 00761 to 00761

| Warehouse/ Stock Code | Description | On-Hand Qty. | Commtd. Qty. | B/O Qty. | Curr. Cost | Avg. Cost | Ext Avg. Cost |
|---|---|---|---|---|---|---|---|
| IL-00761 | HDISC 26" TRICK STARFTR SE STICKER/HBAND | 4,356.000 | 0.000 | | 1.700 | 1.700 | 7,405.20 |
| | | *** TOTAL *** | | | | | 7,405.20 |

** END OF REPORT **

| | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | | | | | | | | | |
| 2 | [redacted] | | | | | | | | | |
| 3 | | 930 | 26" Trick Disk | 57,800 | 277,582.18 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 4 | | 940 | 36" Hover Disk | 120,888 | 552,997.66 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 5 | | 733 | HoverSphere | 17,751 | 79,228.36 | | [redacted] | [redacted] | 30.0% | [redacted] |
| 6 | | | Less A/R Outstanding | 30,145 | -150,150.87 | | [redacted] | [redacted] | 30.0% | [redacted] |
| 7 | | | Less paid-wire 4/4/05 | 1 | -150,000.00 | | [redacted] | [redacted] | 0.0% | [redacted] |
| 8 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 9 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 10 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 11 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 12 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 13 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 14 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 15 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 16 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 17 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 18 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 19 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 20 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 21 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 22 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 23 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 24 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 25 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 26 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 27 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 28 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 29 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 30 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 31 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 32 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 33 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 34 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 35 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 36 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 37 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 38 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 39 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 40 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 41 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 42 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 43 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 44 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 45 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 46 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 47 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 48 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 49 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 50 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 51 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 52 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 53 | | | | | | | [redacted] | [redacted] | | |
| 54 | [redacted] | | | | | | | | | |

| | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | | | | | | | | | |
| 2 | [redacted] | | | | | | | | | |
| 3 | | 930 | 26" Trick Disk | 12,950 | 62,600.44 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 4 | | 940 | 36" Hover Disk | 838 | 6,944.22 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 5 | | 734 | HoverSphere | 2,026 | 17,403.23 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 6 | | | Less A/R Outstanding | 13,626 | -67,634.16 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 7 | | | A/R Paid from 2nd Quarter | 0 | 150,150.87 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 8 | | | Discrepancy from 2nd Quarter | 0 | 195.61 | 0.00 | [redacted] | [redacted] | 30.0% | [redacted] |
| 9 | | | | | 0.00 | | [redacted] | [redacted] | 0.0% | [redacted] |
| 10 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 11 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 12 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 13 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 14 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 15 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 16 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 17 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 18 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 19 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 20 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 21 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 22 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 23 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 24 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 25 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 26 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 27 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 28 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 29 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 30 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 31 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 32 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 33 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 34 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 35 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 36 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 37 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 38 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 39 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 40 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 41 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 42 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 43 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 44 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 45 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 46 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 47 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 48 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 49 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 50 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 51 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 52 | | | | | | | [redacted] | [redacted] | 0.0% | [redacted] |
| 53 | | | | | | | [redacted] | [redacted] | | |
| 54 | [redacted] | | | | | | | | | |

OVERBREAK LLC
breakthrough products

04-Nov-05

**STOCK STATUS**

Stock of unfinished Star Wars product:

Total: $1,243,094.72

These balloons have been imprinted with Star Wars graphics, but are not yet finished HoverDiscs and HoverSphere products.

9420 Chivers Avenue, Sun Valley, California 91352 800.799.5350 Tel: 818.252.3425 Fax: 818.252.3892 www.overbreak.com