UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | : | CA 05 534 S |
| v. | : | C.A. NO. |
| OVERBREAK, LLC, Defendant. | : | |

**MOTION FOR ISSUANCE OF WRIT OF ATTACHMENT**

Pursuant to Rule 64 of the Federal Rules of Civil Procedure, and in conjunction with R.I. General Laws § 10-5-2, Plaintiffs Hasbro, Inc. and Hasbro International, Inc. hereby move this Honorable Court to issue a Writ of Attachment and to authorize the attachment of property of Defendant, Overbreak, LLC in accordance with the terms of the proposed Writ of Attachment (attached as Exhibit A). This Motion is supported by the Memorandum of Law filed simultaneously herewith.

WHEREFORE, Plaintiff requests that this Court issue a Writ of Attachment.

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Katy A. Hynes (#6659)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Date: December 22, 2005.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the within Motion for Issuance of Writ of Attachment, to be served by a Constable to the following Agent for Service of Process, Darryl Bruce Trapp, 2023 Woodglen Street, Simi Valley, CA 90365 on this 22nd day of December 2005.

Shelley R. Zimmerman

*363695_1.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | : | CA 05 534 S |
| v. | : | C.A. NO. |
| OVERBREAK, LLC, Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ISSUANCE OF WRIT OF ATTACHMENT**

This matter is before the Court on Plaintiffs', Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") Motion for Issuance of Writ of Attachment pursuant to Rule 64 of the Federal Rules of Civil Procedure and in conjunction with R.I. General Laws § 10-5-2. Plaintiffs request this Court to issue the proposed Writ of Attachment (attached as Exhibit A to the Motion) and to authorize the attachment of property of Defendant Overbreak, LLC in accordance with the terms of the proposed Writ of Attachment. Plaintiff has a probability of a judgment being rendered in its favor and has a need to secure the amount sought for satisfaction of the judgment, together with interest, costs and reasonable attorneys' fees.

This action arises out of a Complaint filed by Plaintiff alleging, *inter alia*, breach of contract. The gravamen of Plaintiffs' Complaint is that Overbreak breached a Licensing Agreement entered into between Hasbro and Overbreak, a copy of which is attached hereto as Exhibit A. Hasbro, while awaiting trial seeks a Writ of Attachment against any and all property owned by Overbreak.

## FACTS

On or about October 28, 2004, Hasbro and Overbreak entered into a Merchandising Agreement ("Agreement"). Pursuant to the Agreement, Overbreak (designated as a Licensee) was to pay to the Hasbro (designated as Licensor) royalty payments in the course of manufacturing and distributing certain "Star Wars" property, including but not limited to Trick Discs, Hover Spheres, Hoverbands, Hover Rockets, HoverDiscs and Hover Tubes. Overbreak was also to pay a total royalty guarantee to Hasbro of $1,000,000. Pursuant to the Agreement, Overbreak was to pay an advance royalty payment to Hasbro of $150,000.

Overbreak was to pay $350,000 as the balance of advanced royalties owed to Hasbro no later than June 15, 2005, as well as additional payments to be made no later than July 1, 2006 and December 1, 2006, respectively. However, on June 15, 2005, Overbreak failed to meet its commitment to pay Hasbro $350,000 pursuant to the subject Agreement.

According to provision 12 of the Agreement (which is attached to t he Complaint as Exhibit A), when Overbreak violates any of its obligations under the terms of the Agreement, Hasbro has the right to terminate the license as granted; such notice of termination becomes effective unless Overbreak completely remedies the violations within a designated period of time.

Subsequent to June 15, 2005, and continuing through November of 2005, Hasbro continuously asked Overbreak when Overbreak would make payment of the outstanding royalty obligation it owes to Hasbro in order to overcome the material breach that exists under the Agreement, notwithstanding this request, Overbreak failed to remedy the outstanding material breach by making the appropriate payments to Hasbro/International. (See correspondence from

Hasbro/International to Overbreak and Overbreak's response, attached to Hasbro's Complaint as Exhibits B, C and D, respectively.)

To date, Overbreak has not made payment of the financial obligation it owes to Hasbro/International and is breach of the Agreement.

**ARGUMENT**

Plaintiff may obtain a pre-judgment writ of attachment upon filing a motion with the Court together with the proposed form of writ of attachment. See Rule 64 of the Rhode Island Rules of Civil Procedure, as well as R.I. Gen. Law § 10-5-2. Said proposed form of a writ of attachment is attached to the Motion for Issuance of Writ of Attachment as Exhibit A. A motion for pre-judgment attachment may be granted:

> upon a showing that there is a probability of a judgment being rendered in favor of the plaintiff and that there is a need for furnishing the plaintiff's security in the amount sought for satisfaction of such judgment, together with interest and costs.

R.I. Super. Ct. Rule Civ. P. 4(j)(3).

Plaintiff has a probability of success on the merits. The subject Agreement and correspondence from Overbreak indicate that Overbreak is in breach of the Agreement. Overbreak has not even argued that it is not in breach, it has simply sought more time to make payment.

Overbreak continues to sell products under its license agreement despite its breach and lack of payment. Hasbro requests that Overbreak be ordered to discontinue these sales and make payment to Hasbro pursuant to the license agreement.

## CONCLUSION

For the foregoing reasons, Plaintiff requests that this Court issue the proposed Writ of Attachment to authorize the attachment of property owned by Defendant Overbreak.

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Katy A. Hynes (#6659)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Date: December 22, 2005.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the within Motion for Issuance of Writ of Attachment, to be served by a Constable to the following Agent for Service of Process, Darryl Bruce Trapp, 2023 Woodglen Street, Simi Valley, CA 90365 on this 22nd day of December 2005.

*363702_1.doc*