UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | : | |
| v. | : | C.A. NO. 05-534S |
| OVERBREAK, LLC, Defendant. | : | |

**WRIT OF ATTACHMENT**

To the sheriffs of our several counties or their deputies, or a constable of any City or Town within the States of Rhode Island and California:

We command you to attach the goods of Defendant, Overbreak, LLC, to the value of $350,000, the amount authorized, as prayed for by Plaintiffs Hasbro, Inc. and Hasbro International, Inc. of Pawtucket, Rhode Island, whose attorney is Todd D. White of Adler Pollock & Sheehan P.C., in an action brought by said Plaintiffs against said Defendant in this Court, and make return of this writ with your doings thereon.

The assets shall include all inventory, real property, personal property and bank accounts owned by the Defendant.

The Complaint in this case was filed in December of 2005.

This attachment was approved on ______, 200__, by ________________________, J., in the amount of $__________.

WITNESS ________________, Presiding Justice, on ___________, ____, 200___.

____________________________________
Clerk

**PROOF OF ATTACHMENT**

I hereby certify and return that on _____________, 200___ I attached the property of the within named Defendant in the following manner:

____________________________________

____________________________________
(name and title)

____________________________________
(address)

____________________________________

*174462_1*