UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. NO. 05-534S |
| OVERBREAK, LLC, | : | |
| Defendant. | : | |

**AFFIDAVIT OF PROOF OF SERVICE**

I, Katy A. Hynes, having been duly sworn on oath do hereby depose and swear:

1. That on or about December 27, 2005, I caused to be mailed by certified mail, return receipt request, [No. 7099 3400 0005 6311 9737], a copy of the Complaint, Motion for Issuance of Writ of Attachment and Memorandum in Support of Motion for Issuance of Writ of Attachment to the agent for service of process for Defendant Overbreak, LLC:

   Darryll Bruce Trapp
   2023 Woodglen Street
   Simi Valley, CA 90365

2. That attached hereto is the returned receipt card indicating that certified mail number [No. 7099 3400 0005 6311 9737] was received at the address set forth

on December 31, 2005 and an authorized agent of Defendant signed for the delivery of said mail.

Subscribed and sworn to before me in the County of Providence, State of Rhode Island on this 3rd day of February, 2006.

KATY A. HYNES (#6659)
TODD D. WHITE (#5943)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607

Notary Public Debra A. Humm
My Commission Expires on: 11/23/09

**CERTIFICATION**

I hereby certify that a copy of the within was mailed to the following on this 3rd day of February, 2006.

Elizabeth Risha, Esq.
Overbreak LLC
9420 Chivers Avenue
Sun Valley, CA 91352

Shelley R. Zimmerman

*370417_1.doc*

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Agent for Service of Process
for Overbreak, LLC
Darryll Bruce Trapp
2023 Woodglen Street
Simi Valley, CA 90365

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Larissa Trapp ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery 12-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type Return Receipt Requested
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7099 3400 0005 6311 9737

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540