UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. NO. 05-534-S |
| OVERBREAK, LLC, | : | |
| Defendant. | : | |

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Hasbro, Inc. ("Hasbro") respectfully moves for entry of default against the Defendant for failure to answer the Complaint that was filed with this Court on December 22, 2005 and served on the Defendant on December 31, 2005.

The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White

Todd D. White (# 5943)
Katy A. Hynes (#6659)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATION

I hereby certify that a true and accurate copy of the within Motion for Entry of Default was served by hand delivery and/or regular mail to the following counsel of record on February 17, 2006:

Steven B. Merolla, Esq.
Goldin, Merolla & Tutalo
10 Weybosset Street
Providence, RI 02903

Elizabeth Risha, Esq.
Overbreak, LLC
9420 Chivers Avenue
Sun Valley, California 91352

*372181_1.doc*