AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Hasbro, Inc, et al

APPEARANCE

v.

Overbreak, LLC

CASE NUMBER: 05-534S.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant

I certify that I am admitted to practice in this court.

2-17-06
*Date*

[signature]
*Signature*

Steven B. Merolla 4673
*Print Name* *Bar Number*

10 Weybosset Street
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-861-7400 401-861-0454
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.