**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HASBRO, INC AND HASBRO INTERNATIONAL, INC. Plaintiffs, | : | |
| vs. | : | C.A. NO.: 05 534 S |
| OVERBREAK, LLC Defendant. | : | |

**ANSWERES TO COMPLAINT OF THE DEFENDANT**

Now comes the defendant, OVERBREAK, LLC, in the above-referenced matter and answers the Complaint in the following matter.

1. Admits.

2. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

3. Admits.

4. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

5. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

6. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

7. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

8. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

9. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

10. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

11. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

12. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

13. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

14. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

15. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

16. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

17. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

18. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

19. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

20. Defendant denies.

21. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

22. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

23. Defendant neither admits nor denies, but leaves the Plaintiff to its proof.

# AFFIRMATIVE DEFENSES

## FIRST AFIRMATIVE DEFENSE

1. The defendant pleads the first affirmative defense that the contract is one of adhesion under California law and cannot be enforced against the defendant.

## SECOND AFIRMATIVE DEFENSE

2. The defendant pleads the second affirmative defense that Plaintiff's actions have waived its rights under the agreement.

## THIRD AFIRMATIVE DEFENSE

3. The defendant pleads the third affirmative defense that the contract is unjust and inequitable and should not be enforced against the Defendant under California law.

## FOURTH AFIRMATIVE DEFENSE

4. The defendant pleads the fourth affirmative defense of equitable estoppel.

## FIFTH AFIRMATIVE DEFENSE

5. The defendant pleads the fifth affirmative that the Plaintiff has not joined an indispensable party, Lucus Licensing LTD.

**WHEREFORE**, the defendant prays the plaintiff's complaint be dismissed and that the defendant be awarded attorneys' fees, court costs and such other relief as the Court deems appropriate.

Respectfully submitted
Defendant,
OVERBREAK, LLC
By it's attorney

Steven B. Merolla, Esq.# 4673
Goldin, Merolla & Tutalo
10 Weybosset Street
Providence, Rhode Island 02903
(401) 861-7400

**CERTIFICATION**

I hereby certify that on the 17th day of February, 2006, I faxed and mailed a copy of the within Objection to Todd D. White, Esquire and Katy A. Hynes, Esquire, Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903.

______________________________