AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF RHODE ISLAND

Hasbro, Inc, et al
v.
Overbreak, LLC.

## APPEARANCE

Case Number: 05 534 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
OVERBREAK, LLC

I certify that I am admitted to practice in this court.

2/17/2006
Date

Amedeo C. Merolla
Signature

Amedeo C. Merolla, Esq. — 0569
Print Name — Bar Number

10 Weyboset Street, Suite 901
Address

Providence — Rhode Island — 02903
City — State — Zip Code

(401) 861-7400 — (401) 861-0954
Phone Number — Fax Number