UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,

Plaintiffs,

v.

OVERBREAK, LLC,

Defendant.

C.A. NO. 05-534-S

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Hasbro, Inc. ("Hasbro") respectfully moves for entry of default against the Defendant for failure to answer the Complaint that was filed with this Court on December 22, 2005 and served on the Defendant on December 31, 2005.

The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

Todd D. White (# 5943)
Katy A. Hynes (#6659)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

Referred to U.S.M.J.
for findings & recommendation
for determination
William E. Smith, U.S. District Judge
Date: 2/27/06

2/27/06: DENIED. DEFENDANT FILED AN ANSWER ON 2/17/06 AND HAS ARTICULATED GOOD CAUSE FOR ITS LATE ANSWER. FURTHER, PLAINTIFFS HAVE SHOWN NO PREJUDICE AT THIS EARLY STAGE WARRANTING THE ENTRY OF DEFAULT.
USMJ