UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 05-534-S |
| OVERBREAK, LLC, Defendant. | ) | |

**SCHEDULING ORDER**

Discovery is STAYED pending this Court's rulings on dispositive motions. The following schedule shall govern:

1. Plaintiffs' Motion for Summary Judgment shall be filed by **April 5, 2006**.

2. Defendant's Objection to the Motion for Summary Judgment and Defendant's Motion to Dismiss for Failure to Join an Indispensable Party shall be filed by **May 5, 2006**.

3. Plaintiffs' Reply to Defendant's Objection to the Motion for Summary Judgment and Plaintiffs' Objection to the Motion to Dismiss for Failure to Join an Indispensable Party shall be filed by **May 19, 2006**.

4. Defendant's Reply to Plaintiffs' Objection to the Motion to Dismiss for Failure to Join an Indispensable Party shall be filed by **June 1, 2006**.

ENTER:

[signature]

Deputy Clerk

It is so ordered.

[signature]

William E. Smith
United States District Judge

Date: 3/21/06