Office of the General Counsel
Lawrence M. Kranseler
Vice President
U.S. Toys
Direct: (401) 727-5758
Fax: (401) 727-5089

October 12, 2005

Overbreak LLC
9420 Chivers Ave.
Sun Valley, California 91352
Attn: Dayne Sieling

**Re: Property: Episode III, Episode II, Episode I, Star Wars Classic**
**Product: Hover Products**
**License Agreement dated as of 10-28-04 Contract End dated 12-31-06**

Dear Mr. Sieling:

Further to our letter of September 14, 2005, Hasbro, Inc. and Lucasfilm Ltd. note that Overbreak has failed to pay Hasbro the required advance amount of $350,000 plus interest, within the 10 days specified from the date of that letter. Your letter dated September 22, 2005 did not contain a proposed solution to your breach of the license agreement between Hasbro and Overbreak dated October 28, 2004 (the "Agreement").

This letter shall confirm that you are in material breach of the terms of the Agreement, and the Agreement is therefore terminated immediately.

The remaining balances and advances now due immediately are therefore:

| Previous Date Due | | USD Amount | Interest |
|---|---|---|---|
| 6/15/05 | Advance | $350,000 | $8,029 |
| 7/1/06 | Advance | $250,000 | |
| 12/1/06 | Advance | $250,000 | |

Demand is hereby made for all outstanding reports and payment of the entire outstanding balance including the full remaining advance amount under the terms of the contract. (i.e. $850,000.00 plus accrued interest so far in the amount of $8,029). Please forward the full amount immediately to my attention.

Nothing contained in this letter shall be deemed to be a waiver of Hasbro's or Lucasfilm's rights and/or remedies, all of which rights and remedies are hereby expressly reserved.

Sincerely,

Lawrence M. Kranseler
Vice President

cc: Darryl Trapp, Overbreak LLC
Robert Ellis, Hasbro Inc.
Derek Stothard, Lucasfilm Ltd
Jeff Porter, Lucasfilm Ltd