UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., Plaintiffs, v. OVERBREAK, LLC, Defendant. | : | C.A. NO.: 05-534-S |

## AFFIDAVIT OF ROBERT M. ELLIS

I, Robert M. Ellis, depose and state as follows:

1. I am the Senior Vice President of Boys Marketing of Hasbro, Inc. ("Hasbro") and have held that position for the past three years. I have personal knowledge of the facts set forth herein. I submit this affidavit in support of Hasbro's Motion for Summary Judgment.

2. As of October 14, 1997, Hasbro acquired a license from Lucas Licensing, Ltd. ("Lucas") for the use of Star Wars images in connection with toy-related products.

3. In or about 2004 Hasbro became aware of certain patent rights held by the Defendant Overbreak, LLC ("Overbreak") in connection with certain products distributed by Overbreak.

4. Hasbro made inquiry to Overbreak with respect to the possibility of Hasbro sourcing products from Overbreak utilizing rights licensed to Hasbro from Lucas.

5. Overbreak responded to such inquiry by expressing a desire to become a sublicensee of certain rights granted to Hasbro by Lucas for purposes of utilizing "Star Wars" related images on products distributed by Overbreak.

5. As of October 28, 2004 Hasbro and Overbreak entered into a Merchandising Agreement (the "Agreement") for the sale of certain "Star Wars" branded properties on toys known as Hover Discs, Hover Spheres, Hover Rockets and Hover Tubes.

6. This Agreement was entered into at arms length, subsequent to the negotiations.

7. The terms of the Agreement were negotiated by Hasbro and Overbreak prior to its signing.

8. Lucas is not a party to the Agreement.

9. Lucas has no control over the Agreement.

10. Lucas does not control the outcome of the sum of money owed to Hasbro.

11. Hasbro is the licensor to Overbreak of such "Star Wars" items; not Lucas.

12. On June 15, 2005, Overbreak failed to meet its commitment to pay Hasbro $350,000 pursuant to the Agreement.

13. Subsequent to June 15, 2005, and continuing through November of 2005, Hasbro made inquiry of Overbreak as to when it would make payment of the outstanding royalty obligation it owed to Hasbro.

14. To date, Overbreak has not made payment of the full outstanding financial obligation it owes to Hasbro.

Robert M. Ellis [signature]

Subscribed and sworn to before me
this 5 day of April, 2006.

[signature]
NOTARY PUBLIC
My Commission Expires: 7/22/2009