EX A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HASBRO, INC AND HASBRO INTERNATIONAL, INC. Plaintiffs, | : | |
| vs. | : | C.A. NO.: 05 534 S |
| OVERBREAK, LLC Defendant. | : | |

**AFFIDAVIT OF DEFENDANT OVERBREAK**

Now comes Dayne Sieling, President of the Defendant, OVERBREAK, LLC, in the above-referenced matter and on oath, deposes and states as follows.

1: In late 2004, members of Hasbro represented to Overbreak that a license from Hasbro for Star Wars property was essential and invaluable and that our products "would be left behind" unless Overbreak had a license from Hasbro.

2: Hasbro had a license from Lucas Licensing, which owned Star Wars and would sublicense Overbreak. Because of the fame of the Star Wars franchise, they represented that retailers would be very eager to buy from Overbreak at higher prices.

3: Hasbro represented to Overbreak, that Overbreak should become a sublicensee despite the very high royalty price for property they said was incomparable and had no similar competition.

4: In fact, Hasbro misrepresented to Overbreak that the knowledge of Hasbro and its experience was such that retailers would be very eager to buy but the licensed product at higher prices. This was not correct information and, in fact, Star Wars, as an attraction, was in decline.

Dayne Sieling

*Subscribed* and sworn before me, in the City of Los Angeles, State of California, this 1st day of June, 2006

NANCY LEE TRAPP
Commission # 1543688
Notary Public - California
Los Angeles County
My Comm. Expires Jan 10, 2009

Nancy Lee Trapp
Notary Public
My Commission Expires:

**CERTIFICATION**

I hereby certify that on the 1st day of ~~May~~ June, 2006, I mailed a copy of the within Defendant's Motion to Dismiss to Todd D. White, Esquire, and Katy A. Hynes, Esquire, Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903.

Maribeth Barbato