RECEIVED
JUL 1■ '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., et al | : | |
| | : | |
| Vs. | : | C.A. No. 05-534S |
| | : | |
| OVERBREAK, LLC | : | |

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties hereto, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), do hereby stipulate to the dismissal without prejudice of all claims in the above-captioned case, all parties to bear their own costs and attorneys' fees.

HASBRO, INC., et al
By their Attorneys,

TODD D. WHITE (#5943)
KATY A. HYNES (#6659)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: 7-11-06

OVERBREAK, LLC
By its attorney

STEVEN B. MEROLLA (#4673)
GOLDIN, MEROLLA & TUTALO
10 Weybosset Street
Providence, RI 02903
Tel: (401) 861-7400
Fax: (401) 861-0954
Date: 7-11-06

*386990_1.doc*

ENTER WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/13/06

## CERTIFICATION

I hereby certify that a true and accurate copy of the within Stipulation of Voluntary Dismissal was served via hand delivery to the following counsel of record on July 11, 2006:

Armedeo Merolla, Esq.
Steven B. Merolla, Esq.
Goldin, Merolla & Tutalo
10 Weybosset Street
Providence, RI 02903

Shelley L. Zimmerman