**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 18 2006
Property of U.S. District Court
District of Rhode Island

HASBRO, INC AND HASBRO INTERNATIONAL, INC.
Plaintiffs,

vs. C.A. NO.: 05 534 S

OVERBREAK, LLC
Defendant.

**STIPULATION**

By agreement of the parties, the Stipulation of Voluntary Dismissal is hereby withdrawn and the stipulation of Judgment is hereby entered.

HASBRO, Inc., et al
By their Attorneys

TODD D. WHITE (#5943)
KATY A. HYNES (6659)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th
Providence, R.I. 02903
Tel: (401) 274-7200
Fax (401) 751-0604-351-0607
Date: 7/18/06

OVERBREAK, LLC
By its attorney

STEVEN B. MEROLLA (#4673)
GOLDIN, MEROLLA &TUTALO
10Weybosset Street
Suite 901
Providence, R.I. 02903
Tel (401) 861-7400
Fax (401) 861-0954
Date: 7-13-06

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/28/06

CERTIFICATION

I hereby certify that a true and accurate copy of the within Stipulation was served via hand delivery to the following counsel of record on July 18, 2006:

Armedeo Merolla, Esq.
Steven B. Merolla, Esq.
Goldin, Merolla & Tutalo
10 Weybosset Street
Providence, RI 02903

Shelley R. Zimmerman