UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 26 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC. AND HASBRO INTERNATIONAL, INC. Plaintiffs | : | |
| Vs. | : | C.A. No. 05-534S |
| OVERBREAK, LLC Defendant | : | |

**STIPULATION OF JUDGMENT**

The plaintiffs and the defendant hereby stipulate to entry of the following Judgment:

Judgment is entered in favor of the plaintiffs HASBRO, INC. and HASBRO INTERNATIONAL, INC. and against the defendant, OVERBREAK, LLC, in the amount of Six Hundred Eighty Three Thousand Three Hundred Fifty Dollars and Seventy Five Cents ($683,350.75). Execution on this Judgment is stayed and shall not issue so long as the defendant makes total payments of Four Hundred Eighty Three Thousand Three Hundred Fifty Dollars and Seventy Five cents. ($483,350.75) by the following dates as indicated below and no default, as hereinafter defined, occurs:

| ***Due Date*** | ***Payment Amount*** |
|---|---|
| Execution plus seven days | $138,000.00 (One Hundred Thirty Eight Thousand Dollars) within seven days of fully executed Stipulation of Judgment. |
| 7/28/06 | $69,070.15 (Sixty-Nine Thousand Seventy Dollars and Fifteen Cents) |
| 8/28/06 | $69,070.15 (Sixty-Nine Thousand Seventy Dollars and Fifteen Cents) |
| 9/28/06 | $69,070.15 (Sixty-Nine Thousand Seventy Dollars and Fifteen Cents) |
| 10/28/06 | $69,070.15 (Sixty-Nine Thousand Seventy Dollars and Fifteen Cents) |
| 11/28/06 | $69,070.15 (Sixty-Nine Thousand Seventy Dollars and Fifteen Cents) |

The above-referenced due dates are the dates that payment must be received by wire transfer into Bank of America, 100 West 33rd, New York, New York, account number 3756669080, ABA Routing number 0260-0959-3, and the Swift Code is BOFAUS3N. This bank account, being the account of the plaintiffs. The receipt of the wire transfer transaction shall be considered proof of payment by the defendant.

The defendant shall be in default for purposes of this Judgment if:

1. The defendant fails to make a wire transfer payment by the due date and in the amount referenced above; and

2. The defendant is notified by certified mail, return receipt requested, to Elizabeth Risha, Overbreak, LLC, 9420 Chivers Avenue, Sun Valley, CA 91352 of the failure to make a payment; and

3. The defendant fails to remit full payment within seven (7) days of the receipt of said notice.

There shall be no pre-payment penalties for the defendant making full payment of this Judgment.

Dated: July 25, 2006

HASBRO, INC., et al
By their Attorneys,

TODD D. WHITE (#5943)
KATY A. HYNES (#6659)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607

OVERBREAK, LLC
By its attorney

STEVEN B. MEROLLA (#4673)
GOLDIN, MEROLLA & TUTALO
10 Weybosset Street
Providence, RI 02903
Tel: (401) 861-7400
Fax: (401) 861-0954

CERTIFICATION

I hereby certify that a true and accurate copy of the within Stipulation of Judgment was served via hand delivery to the following counsel of record on July 25, 2006:

Armedeo Merolla, Esq.
Steven B. Merolla, Esq.
Goldin, Merolla & Tutalo
10 Weybosset Street
Providence, RI 02903

388481_1.doc

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/28/06